IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KIMBERLY HANSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:23-CV-00160 |
| ZIMBER PROPERTIES, LTD., ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed May 12, 2023, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, ZIMBER PROPERTIES, LTD., and this entire matter be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of May, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE